UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN E. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDY SNOW,<br><br>    Defendant. | Case No. C08-5570/KLS<br><br>ORDER DENYING MOTION FOR ORDER OF DEFAULT |

Before the Court is Plaintiffs' motion for an order of default. Dkt. # 5. Plaintiff filed his motion to proceed *in forma pauperis* on September 16, 2008 (Dkt. # 1), which application is still incomplete and pending before the Court. Plaintiff's proposed civil rights complaint has not been filed nor has it yet been served on any defendant. Accordingly, Plaintiff's motion for an order of default is premature.

Accordingly, it is **ORDERED** that Plaintiff's motion for default (Dkt. # 5) is **DENIED**.

DATED this  20th  day of October, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1