UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYAN E. JOHNSON,

    Plaintiff,

v.

JUDY SNOW,

    Defendant.

Case No. C08-5570 RJB/KLS

ORDER REGARDING FILING OF MULTIPLE COPIES OF AMENDED COMPLAINT

    This civil rights action has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local MJR 3 and 4, and Federal Rule of Civil Procedure 72. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. # 14.

    On November 12, 2008 Plaintiff was ordered to file an amended complaint or to show cause why this matter should not be dismissed. Dkt. # 16. In response, Plaintiff filed three versions of a First Amended Complaint. Dkts. # 17, 18 and 19. The filings are not identical. For example, Dkt. # 17 is partially on a Court provided form, while the remaining two are not, and Dkt. # 19 contains no Section D. The amended complaint and copies submitted for filing must be <u>identical</u>.

    Moreover, because Plaintiff's filings are not identical, the Court cannot determine which of these versions is Plaintiff's First Amended Complaint. Therefore, the Clerk shall return to Plaintiff

ORDER - 1

all three versions.  Plaintiff shall choose one version that he wishes to file and return it to the Court, along with **an identical copy** for service on each named Defendant, **on or before January 23, 2009.**

Plaintiff is cautioned that if an amended complaint is not timely filed as set forth above, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915 and the dismissal will count as a "strike" under 28 U.S.C. § 1915(g).  Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed on grounds they are legally frivolous, malicious, or fail to state a claim, will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

The Clerk is directed to send Plaintiff the appropriate forms that he may file an amended complaint.  The Clerk is further directed to send a copy of this Order and a copy of the General Order to Plaintiff.

Dated this  6th  day of January, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2