# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRYAN E. JOHNSON

      v.

JUDY SNOW

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5570RJB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **ADOPTS** the Report and Recommendation (Dkt. 34) in part, with the addition of the analysis set forth herein. The court declines to adopt the recommendation of a dismissal without prejudice; the case should be dismissed with prejudice.

2. Defendants' motion for summary judgment (Dkt. 27) is **GRANTED.** Plaintiff's request that the court appoint counsel to assist him (Dkt. 36) is **DENIED.**

3. This case is **DISMISSED WITH PREJUDICE.**

    June 2, 2009                                          BRUCE RIFKIN
                                                                                   Clerk

                                                                                 */s/ Jennie L. Patton*
                                                                                   Deputy Clerk